**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 17, 2022

**VIA EMAIL**

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: <u>*United States v. Liu*</u>, **No. 22-cr-70 (DG)**

Dear Judge Gujarati:

 I write on behalf of defendant Jia Liu, and with the consent of the government, to request an additional two days to file our motion to suppress, which is currently due on October 19, 2022. As with our first extension, I request this brief additional time for personal reasons—over the weekend, my infant son became sick with an apparent second upper respiratory infection and fever, which has required me to stay home, again, during times that I had been expecting to work on and complete the motion. The requested two additional days should be enough for me to finish it. If this request is granted, Mr. Liu's motion to suppress will be due October 21, 2022; the government's opposition will be due November 4, 2022; and Mr. Liu's reply, if any, will be due November 11, 2022.

 Counsel for the government graciously consents to this request. I thank the Court for its continued understanding and patience.

Respectfully submitted,

/s/<br>
Benjamin Yaster<br>
Federal Defenders of New York, Inc.<br>
(718) 330-1291<br>
*Counsel for Jia Liu*

cc Adam Amir, AUSA (via ECF)